Heymann et al. *v.* Sarnoff-Irving Hat Stores, Inc., Appellant.

268

Argued October 15, 1929.

Before PORTER, P. J., TREXLER, KELLER, LINN, GAWTHROP, CUNNINGHAM and BALDRIGE, JJ.

*Edward Davis,* of *Hirschwald, Goff & Davis,* for appellant.

*Samuel A. Goldberg,* of *Wolf, Block, Schorr & Solis-Cohen,* for appellee.

PER CURIAM, October 30, 1929:
The judgment is affirmed on the opinion of the court below.